IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Quintin Littlejohn, ) | |
| ) | Civil Action No. 6:04-2547-RBH-WMC |
| Petitioner, ) | |
| ) | |
| vs. ) | **REPORT OF MAGISTRATE JUDGE** |
| ) | |
| George Gintoli; and Henry McMaster, ) | |
| ) | |
| Respondents. ) | |
| ) | |

      The petitioner brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. On October 21, 2004, the respondents filed a motion for summary judgment. On November 8, 2004, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the petitioner was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately. Despite this explanation, the petitioner elected not to respond to the motion.

      As the petitioner is proceeding *pro se*, the court filed a second order on January 10, 2005, giving the petitioner an additional twenty days in which to file his response to the motion for summary judgment. The petitioner was specifically advised that if he failed to respond, this action would be dismissed for failure to prosecute. The petitioner elected not to respond.

      Based on the foregoing, it appears the petitioner no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

      s/William M. Catoe  
      United States Magistrate Judge

March 30, 2005

Greenville, South Carolina